UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JON C. ALLMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:05cv257/RV/MD |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

AMENDED ORDER OF DISMISSAL

The Court, having been advised that the parties have finally and fully compromised and settled this case but that it may be necessary for them to move to reopen the case at a date in the future that cannot now be determined, hereby amends its Order of Dismissal entered on August 22, 2008. The parties are granted leave to reopen this matter for the limited purpose of having a judgment entered in accordance with the terms of the parties' settlement agreement. The Court's August 22, 2008, Order of Dismissal, as amended herein, remains in full force and effect.

Done at Pensacola, Florida, this 18th day of December, 2008.

/s/ *Roger Vinson*
SENIOR UNITED STATES DISTRICT JUDGE